UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-81697-DMM

GREAT AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.

GTS CONTRACTING, LLC, SEAN
GESTRICH, and KARLA GESTRICH,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The Barthet Firm, pursuant to Local Rule 11.1 (d)(3), moves the Court to enter an order granting it leave to withdraw as counsel for its clients, GTS CONTRACTING, LLC ("GTS") and SEAN GESTRICH, in the above-styled case, and states:

1. Undersigned counsel has been retained by GTS and Gestrich in connection with their alleged failure to respond to a collateral call made by their surety, Plaintiff GREAT AMERICAN INSURANCE COMPANY.

2. Irreconcilable differences have arisen between The Barthet Firm and GTS and Gestrich, as a result of which The Barthet Firm can no longer continue its representation of GTS and Gestrich in this matter.

3. The withdrawal will not delay any matter before the Court in this case.

4. The Court should grant a motion to withdraw as counsel if withdrawal would not interfere with the functioning of the court.

5. Rule 4-1.16 of the Rules Regulating the Florida Bar allows for counsel to withdraw from representation if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant,

imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists.

6. The irreconcilable differences between The Barthet Firm and GTS and Gestrich are sufficiently substantial that good cause exists for The Barthet Firm's withdrawal.

7. GTS and Gestrich have been apprised of the ramifications of the withdrawal of undersigned counsel and of the need for GTS and Gestrich to immediately take steps to obtain successor counsel.

8. WHEREFORE, The Barthet Firm respectfully requests that the Court grant it the relief sought in this motion

### CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1 (a)(3)

The undersigned certifies that he has conferred with Plaintiff's counsel, Jeffrey Geller, Esq., who has informed the undersigned by e-mail on March 17, 2020, that Plaintiff has no objection to the relief sought in the Motion.

### CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 11.1 (d)(3)

The undersigned certifies that he has apprised GTS and GESTRICH of the ramifications of the withdrawal of undersigned counsel and of the need for GTS and GESTRICH to immediately take steps to obtain successor counsel

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order: (a) Granting this Motion; (b) Authorizing Leonard W. Klingen, Esq. and The Barthet Firm to withdraw as counsel of record for Defendants GTS and SEAN GESTRICH; (c) Relieving Leonard W. Klingen, Esq. and The Barthet Firm of any and all further obligations on behalf of

CASE NO.: 19-cv-81697-DMM

Defendants GTS and SEAN GESTRICH in this action; (d) Providing Defendants GTS and SEAN GESTRICH with at least fifteen (15) days to retain successor counsel before any additional pretrial deadlines are imposed upon him; (e) Directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to GTS CONTRACTING, LLC and SEAN GESTRICH, 3200 North Ocean Boulevard, Unit 1807, Fort Lauderdale, Florida 33308-7152; E-mail Address: gtscontractingllc@gmail.com; Telephone 920-246-2026, until such time as successor counsel enters an appearance; and (f) Awarding such other and further relief as this Court deems just, proper and appropriate.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 17th day of March, 2020, we filed the foregoing with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**THE BARTHET FIRM**
*Attorneys for GTS Contracting, LLC and Sean Gestrich*
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
Tel: 305.347.5290
lklingen@barthet.com
mmasi@barthet.com

_____
LEONARD W. KLINGEN
Florida Bar No. 652563

CASE NO.: 19-cv-81697-DMM

-4-

**SERVICE LIST**

Jeffrey S. Geller, Esq.
ETCHEVERRY HARRISON LLP
*Attorneys for Plaintiff*
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone (954)370-1681
Facsimile (954)370-1682
Etchevery@etchlaw.com
Geller@etchlaw.com
Service@etchlaw.com

**Via U.S. Mail**

GTS CONTRACTING, LLC
SEAN GESTRICH
3200 North Ocean Boulevard
Unit 1807
Fort Lauderdale, Florida 33308-7152

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-81697-DMM

GREAT AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.

GTS CONTRACTING, LLC, SEAN
GESTRICH, and KARLA GESTRICH,

    Defendants.
_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

THIS MATTER came before the Court upon the Motion to Withdraw by Leonard W. Klingen, Esq. of The Barthet Firm as Counsel for Defendants GTS CONTRACTING, LLC and SEAN GESTRICH, and after considering the Motion to Withdraw, and otherwise being duly advised in the premises and for good cause shown, IT IS HEREBY ORDERED that

1. The Motion to Withdraw is GRANTED.

2. Leonard W. Klingen, Esq. and The Barthet Firm are hereby withdrawn as counsel of record for Defendants GTS CONTRACTING, LLC and SEAN GESTRICH.

3. Leonard W. Klingen, Esq. and The Barthet Firm are hereby relieved of any and all further obligations on behalf of Defendants GTS CONTRACTING, LLC and SEAN GESTRICH in this action.

4. Defendants GTS CONTRACTING, LLC and SEAN GESTRICH are hereby granted fifteen (15) days to retain successor counsel before any additional pretrial deadlines are imposed upon them.

5. All future pleadings, motions, discovery, and any and all other communications concerning this matter shall be sent to GTS CONTRACTING, LLC and SEAN GESTRICH, 3200 North Ocean Boulevard, Unit 1807, Fort Lauderdale, Florida 33308-7152; Telephone 920-246-2026; E-mail Address: gtscontractingllc@gmail.com; until such time as successor counsel enters an appearance.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida this ____ day of March, 2020.

                                                              _____
                                                              Hon. D. M. Middlebrooks
                                                              United States District Judge

CASE NO.: 19-cv-81697-DMM

-6-

Copies furnished to:

> Jeffrey S. Geller, Esq.
> ETCHEVERRY HARRISON LLP
> *Attorneys for Plaintiff*
> 150 South Pine Island Road
> Suite 105
> Fort Lauderdale, Florida 33324
> Telephone (954)370-1681
> Facsimile (954)370-1682
> Etchevery@etchlaw.com
> Geller@etchlaw.com
> Service@etchlaw.com

> **Via U.S. Mail**
>
> GTS CONTRACTING, LLC
> SEAN GESTRICH
> 3200 North Ocean Boulevard
> Unit 1807
> Fort Lauderdale, Florida 33308-7152