**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-81697-MIDDLEBROOKS

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,
v.

GTS CONTRACTING, LLC, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE is before the Court upon a Motion to Withdraw as Counsel, filed on March 17, 2020 by the Barthet Firm, counsel for Defendants GTS Contracting, LLC and Sean Gestrich. (DE 31). The Barthet Firm seeks to withdraw due to irreconcilable differences with its clients. Plaintiff Great American Insurance Company does not oppose this relief. As it is still fairly early in this litigation, with trial set for August 12, 2020 (DE 10), I find that good cause has been shown to allow the Barthet Firm to withdraw as counsel. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. The Barthet Firm's Motion to Withdraw (DE 31) is **GRANTED**.

2. The Barthet Firm shall provide a copy of this Order to Defendants GTS Contracting, LLC and Sean Gestrich. The Firm shall then have no further responsibility in this matter and shall be removed from the CM/ECF notification system and from the certificates of service for all pleadings, correspondence, and orders.

3. Defendants shall have **TWENTY (20) DAYS** from the date of this Order to secure new counsel. Defendants shall either file a status report indicating that they have retained new counsel, or replacement counsel shall file a notice of appearance.

4. Based on a preliminary review of the Complaint (DE 1), it appears that Defendants GTS Contracting, LLC, Sean Gestrich, *and Karla Gestrich* could be represented jointly. Accordingly, in retaining counsel, Defendants should consider whether it is appropriate for Karla Gestrich to be represented in conjunction with GTS Contracting, LLC and Sean Gestrich.

5. Until new counsel is secured, Plaintiff is **DIRECTED** to serve all papers on Defendants at the following address:

   GTS CONTRACTING, LLC
   SEAN GESTRICH
   3200 North Ocean Boulevard Unit 1807
   Fort Lauderdale, Florida
   33308-7152

6. This Order does not stay proceedings or modify any deadlines or obligations of the Parties.

**SIGNED** in Chambers at West Palm Beach, Florida this 19th day of March, 2020.

_____
Donald M. Middlebrooks
United States District Judge

cc:   **Counsel of Record**

GTS CONTRACTING, LLC
SEAN GESTRICH
3200 North Ocean Boulevard Unit 1807
Fort Lauderdale, Florida 33308-7152